294 So.2d 462

**In re Lloyd Wayne MURPHY, alias**

**v.**

**STATE.**

**Ex parte Lloyd Wayne Murphy.**

**SC 803.**

Supreme Court of Alabama.

May 9, 1974.

**744**

Knox M. McMillan, Auburn, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Lloyd Wayne Murphy for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Murphy, alias v. State, 52 Ala.App. 490, 294 So.2d 457.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.